IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN FISHER<br>814 Southern Avenue, SE #103<br>Washington, D.C. 20000<br><br>      Plaintiff,<br>          v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY<br>2121 I Street, NW<br>Washington, D.C. 20052<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the United States District Court for the District of Columbia of Civil Procedure, Defendant The George Washington University ("GW" or "University"), through its undersigned counsel, hereby certifies that the University is a Congressionally chartered institution with no parent companies, subsidiaries, or affiliates which have outstanding securities in the hands of the public.

                                             Respectfully submitted,

                                             THE GEORGE WASHINGTON UNIVERSITY

                                             By: _____
                                                Raymond C. Baldwin (Bar No. 461514)
                                                Eyana J. Smith (Bar No. 489466)

                                             SEYFARTH SHAW LLP
                                             815 Connecticut Avenue, N.W., Suite 500
                                             Washington, DC 20006-4004
                                             (202) 463-2400 (ph)
                                             (202) 828-5393 (fax)

Dated: March 4, 2008                            *Attorneys for Defendant The George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Rule 7.1 Disclosure Statement was served via electronic notification and/or first class mail this 4th day March 2008, upon the following:

John F. Pressley, Jr., Esq.
7600 Georgia Avenue, NW Ste. 412
Washington, DC 20012

*Attorney for Plaintiff*

Eyana J. Smith

DC1 30224470.1