**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELEN FISHER, )<br>)<br>)<br>Plaintiff, )<br>)<br>THE GEORGE WASHINGTON )<br>UNIVERSITY, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No.: 08-CV-396 (JDB) |

**NOTICE OF ENTRY OF APPEARANCE**

On behalf of Defendant The George Washington University, and pursuant to Civil Rule 83.6 of the United States District Court for the District of Columbia, please enter the appearance of:

    Raymond C. Baldwin, Esq.
    Bar No. 461514
    SEYFARTH SHAW, LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, D.C. 20006-4004
    (202) 463-2400 (ph)  (202) 828-5393 (fax)

    Respectfully submitted,

    THE GEORGE WASHINGTON UNIVERSITY

    By: /s/ Raymond C. Baldwin
        Raymond C. Baldwin (Bar No. 461514)
        Eyana J. Smith (Bar No. 489466)

    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, D.C.  20006-4004
    (202) 463-2400 (ph)
    (202) 828-5393 (fax)

Date:  March 28, 2008    *Attorneys for Defendant The George Washington University*

DC1 30225067.2

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Entry of Appearance, was served by electronic notification and first-class mail, postage prepaid, this 28th day of March, 2008, upon:

John F. Pressley, Jr., Esq.<br>
7600 Georgia Avenue, NW  Ste. 412<br>
Washington, D.C.  20012<br>
*Attorney for Plaintiff*

/s/ Eyana J. Smith_____
Eyana J. Smith