**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELEN FISHER, )<br>)<br>)<br>Plaintiff, )<br>) Case No.: 08-CV-396 (JDB)<br>THE GEORGE WASHINGTON )<br>UNIVERSITY, )<br>)<br>)<br>Defendant. )<br>) | |

**NOTICE OF ENTRY OF APPEARANCE**

On behalf of Defendant The George Washington University , and pursuant to Civil Rule 83.6 of the United States District Court for the District of Columbia, please enter the appearance of:

        Raymond C. Baldwin, Esq.
        Bar No. 461514
        SEYFARTH SHAW, LLP
        815 Connecticut Avenue, N.W., Suite 500
        Washington, D.C. 20006-4004
        (202) 463-2400 (ph)  (202) 828-5393 (fax)

        Respectfully submitted,

        THE GEORGE WASHINGTON UNIVERSITY

        By: /s/ Raymond C. Baldwin
           Raymond C. Baldwin (Bar No. 461514)
           Eyana J. Smith (Bar No. 489466)

        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W., Suite 500
        Washington, D.C.  20006-4004
        (202) 463-2400 (ph)
        (202) 828-5393 (fax)

Date:  April 14, 2008        *Attorneys for Defendant The George Washington University*

DC1 30225067.2

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Entry of Appearance, was served by electronic notification and first-class mail, postage prepaid, this 14th day of April, 2008, upon:

John F. Pressley, Jr., Esq.
7600 Georgia Avenue, NW  Ste. 412
Washington, D.C.  20012
*Attorney for Plaintiff*

/s/ Eyana J. Smith_____
Eyana J. Smith

DC1 30225067.2