UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN FISHER,<br><br>    Plaintiff,<br><br>        v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>    Defendant. | Civil Action No.  08-0396 (JDB) |

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on April 14, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by April 16, 2008.

2. Motions to amend pleadings or to add additional parties shall be filed by not later than May 8, 2008.

3. Plaintiff's Fed. R. Civ. P. 26(a)(2) expert disclosures shall be made by May 8, 2008.  Defendant's Fed. R. Civ. P. 26(a)(2) expert disclosures shall be made by June 9, 2008.  Plaintiff's rebuttal Fed. R. Civ. P. 26(a)(2) expert disclosures shall be made by June 23, 2008.

4. All discovery shall be completed by October 8, 2008.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure, except that each side shall be allowed thirty-five (35) interrogatories.

5. Dispositive motions shall be filed by not later than December 8, 2008. Any oppositions shall be filed by not later than January 9, 2009, and any replies shall be filed by not later than January 26, 2009.

6. A status conference shall be held on October 10, 2008, at 9:00 am.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: April 14, 2008