IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN FISHER, )<br>)<br>)<br>Plaintiff, )<br>)<br>THE GEORGE WASHINGTON )<br>UNIVERSITY, )<br>)<br>)<br>Defendant. )<br>_____) | Case No.: 08-CV-396 (JDB) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF EYANA J. SMITH

This notice shall serve to inform the Court that Eyana J. Smith, Esq. no longer represents Defendant The George Washington University ("Defendant") in this matter. Ms. Smith will no longer be associated with the law firm of Seyfarth Shaw LLP. Defendant will continue to be represented by Raymond C. Baldwin, Esq., counsel of record, and has been given reasonable notice of Ms. Smith's withdrawal.

Respectfully submitted,

THE GEORGE WASHINGTON UNIVERSITY

By: /s/ Eyana J. Smith
    Raymond C. Baldwin (Bar No. 461514)
    rbaldwin@seyfarth.com
    Eyana J. Smith (Bar No. 489466)
    esmith@seyfarth.com

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)
*Attorneys for Defendant*

Date: May 13, 2008

DC1 30229810.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Withdrawal of Appearance of Eyana J. Smith, was served by electronic notification, this 13th day of May, 2008, upon:

John F. Pressley, Jr., Esq.
7600 Georgia Avenue, NW  Ste. 412
Washington, D.C.  20012
*Attorney for Plaintiff*


/s/ Eyana J. Smith
Eyana J. Smith

DC1 30229810.1